UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREISBACH ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC COAST CONTAINER, INC. DBA PCC LOGISTICS AND PACIFIC TRANSLOAD SYSTEMS, <br><br> Defendant. | Case No. 24-cv-07592-JSC <br><br> **ORDER RE: ATTORNEYS' FEES ON MOTION TO REMAND** |

On December 19, 2024, the Court granted Plaintiffs' motion to remand and Plaintiffs' accompanying request for attorney's fees and costs. (Dkt. No. 15.) *See* 28 U.S.C. § 1447(c) ("An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal."). The Court ordered the parties to meet and confer in an attempt to resolve the amount of attorneys' fees, and only if they could not reach agreement was Plaintiffs' counsel to file a supplemental declaration detailing the attorneys' fees incurred as a result of preparing, filing, and arguing the motion to remand. (Dkt. No. 15 at 6-7.)

On January 16, 2025, Plaintiffs' counsel filed a supplemental declaration, requesting the $20,932.50 billed to the client plus an additional 3.1 hours—to be billed at counsel's rate of $350 per hour for the case—for time spent preparing copies of bills and conferring about attorneys' fees. (Dkt. No. 18 1-3. 8-11.) Defendant has not filed a response to the supplemental declaration, and the January 23, 2025 deadline to do so has passed.

//

//

//

//

1   Upon review of Plaintiffs' request, and finding the hours expended reasonable, the Court
2  orders Defendant to pay Plaintiffs $22,017.50 to cover the expenses Plaintiffs reasonably incurred
3  in successfully moving to remand this action to state court.

**IT IS SO ORDERED.**

Dated: January 30, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge